UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOUGLAS R. HAUSER,

    Plaintiff,

v.                                           Case No: 2:13-cv-593-FtM-38DNF

PJMRC VENTURES, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Joint Stipulation for Dismissal with Prejudice (Doc. #16) filed on October 10, 2013. This matter was brought pursuant to the Fair Labor Standards Act for recovery of overtime compensation and injunctive relief. The Parties indicate that Defendant has agreed to pay Plaintiff all amounts to which he alleges he is entitled under the FLSA in full, without compromise. Therefore, no review of the settlement is necessary. Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required.") (citation omitted).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Also, Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance the Parties stipulate to dismiss this matter with prejudice. There is a stipulation of dismissal signed by all parties who have appeared in this matter. Therefore, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

Plaintiff's Complaint (Doc. #1) is hereby DISMISSED with prejudice. The Clerk of Court is directed to close the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of October, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record